granted. *Mr. Gordon S. P. Kleeberg* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Michael H. Cardozo, IV,* for respondent.

No. 320. SOUTHERN STEAMSHIP Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Joseph W. Henderson* and *Randolph W. Childs* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Robert B. Watts, Morris P. Glushien,* and *Miss Ruth Weyand* for respondents.

No. 321. STONITE PRODUCTS Co. *v.* MELVIN LLOYD Co. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Charles W. Rivise* for petitioner. *Mr. Isaac J. Silin* for respondents.

No. 323. MUNCIE GEAR WORKS, INC. ET AL. *v.* OUTBOARD, MARINE & MANUFACTURING Co. ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Samuel E. Darby, Jr., Charles W. Rummler,* and *Floyd H. Crews* for petitioners. *Messrs. Geo. L. Wilkinson, S. L. Wheeler,* and *Isadore Levin* for respondents.

No. 500. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* POWELSON, ASSIGNEE, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court